IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) Criminal No. 11-70-01 |
| MIHAIL ISPER, | ) |
| Defendant. | ) |

## CHANGE OF PLEA

AND NOW, the defendant in the above-captioned case hereby withdraws his plea of not guilty entered **June 21, 2011**, and now pleads guilty in open court this **12th day of October, 2011**, *Cant 1(one) only*.

_____
Defendant

_____
Attorney for Defendant