# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

USA ~~Plaintiff,~~ ) 
vs. ) CR No. 11-70-1
ISPIR Defendant. )

TYPE OF CONFERENCE: Sentencing ~~Case Management / Settlement Conference / Pre-Trial~~

Before Judge Ambrose

Gregory Melucci | Anthony Bittner

Appear for ~~Plaintiff~~ USA | Appear for Defendant

COURT REPORTER: Shirley Hall
INTERPRETER (FOR △ WITNESS): Margarita Winikoff

Hearing begun: 11:04 AM 2/13/13
Hearing concluded: 12:10 PM 2/13/13
Hearing adjourned to: —

Clerk: Sherry Halfhill
Anne Kurzweg / (Susan Schupansky)
Heidi Grogan / ~~Carolyn Allen~~

△ sworn and testified

△ Witness:
△ wife - JUANITA FERNANDEZ
△ Exhibit T admitted UNDER SEAL
△ Request for DEPARTURE AND VARIANCE DENIED
- Govt motion to dismiss counts 2-4 of the Indictment granted
- Govt motion to correct spelling of △'s name granted.
Judgment Order to Follow